**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Robert J. Reese,

Civil No. 00-1437 ADM/AJB

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER**

Michael Roggow, et al.,

Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by June 1, 2001.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before November 1, 2000.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before March 1, 2001.

   b. By Defendant(s) on or before April 1, 2001.

4. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party.

5. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 1 expert deposition.

FILED OCT 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by January 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, June 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by August 1, 2001. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

. This case shall be ready for a **Jury** trial on October 1, 2001, or upon resolution of any pending dispositive motions. Each party may call no more than 1 expert witness. Anticipated length of trial is 3 days.

**Early Settlement Conference**

Settlement conference is scheduled **January 4, 2001**, at **9:00 a.m.** at **638 U.S. Courthouse, 316 No. Robert St., St. Paul, Minnesota**. All individual parties in this action are required to personally attend. The plaintiff, a prisoner at the Martin County jail, will be required to attend on his own behalf. At least one member of the county board of Martin County, having full authority to resolve this disputed matter, contingent only upon county board final approval, shall also be required to attend on

behalf of the defendant county. Defendant Martin County shall be responsible for transportation, security, and expenses associated with plaintiff's attendance at the settlement conference. The plaintiff shall be detained in the U.S. Marshals Service holding facility during the conference and his meals shall be provided at the expense of Martin County. Prior to the date of the settlement conference the Martin County Sheriff's Office shall contact Mike Levorson, U.S. Marshals Service (651-848-1435), to make necessary arrangments for detention and security, as instructed by Mr. Levorson. Counsel shall confer with one another as necessary to ensure that necessary arrangements for plaintiff's attendance are made. Each of the parties shall submit a confidential settlement letter which shall be due one week prior to the conference. The confidential letter shall be sent directly to the Magistrate Judge and shall state the party's current settlement position. The contents of the letter will not be divulged to opposing parties.

Dated: 10/18/00

Arthur J. Boylan
United States Magistrate Judge