UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SECOND DIVISION

---

Robert J. Reese,

Plaintiff,

vs.

Michael Roggow, Robert W. Meschke, and Martin County, a political subdivision of the State of Minnesota,

Defendants.

---

Court File: 00-1437 ADM/AJB

**ORDER**

Pursuant to this Court's Pretrial Scheduling Order, Robert Reese is required to attend a Scheduling Conference before the undersigned Magistrate Judge Boylan on January 16, 2001, at 638 U.S. Courthouse, 316 North Robert Street, St. Paul, MN, starting at 9:00 a.m.

THE COURT HEREBY ORDERS that Mr. Reese, who is currently incarcerated at the Faribault Correctional Facility, be released to the custody of Martin County Sheriff Robert Meschke for purposes of secured transportation to St. Paul for the Settlement Conference. Mr. Reese shall be detained by the U.S. Marshal's Service during the Settlement Conference. Following the Settlement Conference, he will be returned to the custody of the Martin County Sheriff for transportation back to the Minnesota Correctional Facility in Faribault. At no time shall Mr. Reese be without supervision.

Dated: 1/10, 2001.

BY THE COURT:

U.S. Magistrate Judge Arthur J. Boylan

FILED JAN 10 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____