UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SECOND DIVISION

----------------------------------

Robert J. Reese,

Plaintiff,

vs.

Michael Roggow, Robert W. Meschke, and Martin County, a political subdivision of the State of Minnesota,

Defendants.

----------------------------------

Court File: 00-1437 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The undersigned attorneys hereby advise the Court that all claims in the above-entitled cause of action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

Dated: 2/5/01

SCOTT & NIELSEN, P.A.

By ______________________
Matthew T. Nielsen, I.D. #230698
Attorneys for Plaintiff
117 North Main Street
P.O. Box 958
Fairmont, MN 56031
(507) 235-3351

Dated: 2/7/01

ERSTAD & RIEMER, P.A.

By ______________________
Jon K. Iverson, I.D. #146389
Attorneys for Defendants
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431
(952) 896-3700

FILED FEB 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 14th day of February, 2001.

BY THE COURT:

U.S. District Court Judge

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

WITNESS THE HONORABLE ____________________, one of the Judges of this Court, this ___ day of ____________, 2001.

BY THE COURT:

Clerk of U.S. District Court